### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | |
|---|---|
| JOHN B. LARKIN, ) | |
| ) | |
|     Plaintiff ) | No. 3:20-cv-00244-DRL-MGG |
| ) | |
| v. ) | Judge Damon R. Leichty |
| ) | |
| MINNESOTA LIFE INSURANCE ) | Magistrate Judge Michael G. Gotsch, Sr. |
| COMPANY, a Securian Financial Company ) | |
| ) | |
|     Defendant ) | |

### JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, John B. Larkin by his attorney Patrick B. McEuen, and defendant, Minnesota Life Insurance Company ("Minnesota Life") by its attorney Jacqueline J. Herring of Smith von Schleicher & Associates, hereby submit their Joint Notice of Pending Settlement:

The Court is hereby advised that the parties have agreed to resolve this case pursuant to settlement. The parties are in the process of finalizing settlement. Upon completion, the parties will file a Stipulation of Dismissal, with prejudice. The parties anticipate filing the Stipulation within the next 30 days.

Respectfully submitted,

| | |
|---|---|
| By: /s/ Patrick B. McEuen (with consent) | By: /s/ Jacqueline J. Herring |
|     Attorney for Plaintiff, |     Attorney for Defendant, |
|     John B. Larkin |     Minnesota Life Insurance Company |
| | |
| Patrick B. McEuen (Ind.Atty.No. 17441-45) | Jacqueline J. Herring (Ill. No. 6282246) |
| McEuen Law Office | SMITH \| VON SCHLEICHER + ASSOCIATES |
| 6382 Central Avenue | 180 North LaSalle Street, Suite 3130 |
| Portage, Indiana 46368 | Chicago, Illinois 60601 |
| P: 219-762-7738 | P: 312-541-0300 |
| patrick@mceuenlaw.com | jackie.herring@svs-law.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2020, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorney:

Patrick B. McEuen
McEuen Law Office
6382 Central Avenue
Portage, Indiana 46368
patrick@mceuenlaw.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246