# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

| | |
|---|---|
| JOHN B. LARKIN, ) | |
| ) | |
| **Plaintiff** ) | No. 3:20-cv-00244-DRL-MGG |
| ) | |
| v. ) | Judge Damon R. Leichty |
| ) | |
| **MINNESOTA LIFE INSURANCE** ) | Magistrate Judge Michael G. Gotsch, Sr. |
| **COMPANY, a Securian Financial Company** ) | |
| ) | |
| **Defendant** ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiffs, JOHN B. LARKIN ("Plaintiff"), and defendant, MINNESOTA LIFE INSURANCE COMPANY ("Minnesota Life"), hereby stipulate and agree to the dismissal of Plaintiff's Amended Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

By: /s/ Patrick B. McEuen (with consent)
   Attorney for Plaintiff,
   John B. Larkin

   Patrick B. McEuen (Ind.Atty.No. 17441-45)
   McEuen Law Office
   6382 Central Avenue
   Portage, Indiana 46368
   P: 219-762-7738
   patrick@mceuenlaw.com

By: /s/ Jacqueline J. Herring
   Attorney for Defendant,
   Minnesota Life Insurance Company

   Jacqueline J. Herring (Ill. No. 6282246)
   SMITH | VON SCHLEICHER + ASSOCIATES
   180 North LaSalle Street, Suite 3130
   Chicago, Illinois 60601
   P: 312-541-0300
   jackie.herring@svs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2020, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorney:

Patrick B. McEuen
McEuen Law Office
6382 Central Avenue
Portage, Indiana 46368
patrick@mceuenlaw.com

*/s/ Jacqueline J. Herring*
SMITH | VON SCHLEICHER + ASSOCIATES
180 N. LaSalle St. Suite 3130
Chicago, Illinois 60601
P  312.541.0300 | F  312.541.0933
jackie.herring@svs-law.com
Ill. Bar No. 6282246